UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:10-CR-117(01) RM |
| | ) | |
| MARIO A. ORDAZ-ONTIBERIOS | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on November 17, 2010 [Doc. No. 24]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Mario Ordaz-Ontiberios' plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. § 1542.

SO ORDERED.

ENTERED:  December 7, 2010 

                                                /s/ Robert L. Miller, Jr.  
                                                Judge  
                                                United States District Court